36628. KNIGHT *v.* GEORGIA POWER COMPANY.

QUILLIAN, J. 1. Where, as in the present case, the record does not disclose evidence of service, or waiver of service of a copy of the bill of exceptions on the defendant in error, the writ of error must be dismissed. *Wittels* v. *Wigley,* 45 *Ga. App.* 208 (164 S. E. 88); Code (Ann. Supp.) § 6-911.

*Writ of error dismissed. Felton, C. J., and Nichols, J., concur.*

DECIDED MARCH 7, 1957.

*Marson G. Dunaway, Jr.,* for plaintiff in error.

*Dudley B. Magruder, Jr., Wright, Rogers, Magruder & Hoyt, W. W. Mundy,* contra.